# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHARON HENDRIX,<br><br>                Plaintiff,<br><br>vs.<br><br>MICHAEL ASTRUE,<br><br>COMMISSIONER OF THE SOCIAL SECURITY ADMINISTRATION,<br><br>                Defendant. | Case No.: 1:08-cv-00892-TAG<br><br>ORDER FOR DISMISSAL UPON STIPULATION OF PARTIES (Doc.13) |

Based upon the parties' Stipulation to Dismiss previously filed in this matter (Doc.13), the above-captioned proceeding is hereby dismissed with prejudice. Each side is to bear their own costs and expenses including, but not limited to, attorney fees under the Equal Access to Justice Act, and otherwise.

IT IS SO ORDERED.

Dated: **April 6, 2009**　　　　　　　　　　　　　　　　**/s/ Theresa A. Goldner**
　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1